MORRIS ROSNER, Appellant, *v.* JACOB REISBERG et al., Respondents, Impleaded with Others.

(Submitted March 31, 1932; decided April 26, 1932.)

*Benjamin F. Spellman, Samuel W. Dorfman* and *Harold Dublirer* for appellant.

*David S. Romanov, Eugene B. Sullivan* and *Joseph M. Klein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.